IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| REGINA KAY ALEXANDER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:19-cv-00127-M-BP |
| ANDREW M. SAUL, Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Commissioner's decision is **REVERSED**, and the case is **REMANDED** for further administrative proceedings.

**SO ORDERED** this 7th day of August, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE